# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DARRION WILLIAMS,**  *Plaintiff,*  v.  **WARDEN JOSEPH POLITE,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.**  **5:22-cv-00376-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 48] regarding Defendants' Motion for Summary Judgment [Doc. 44]. The magistrate judge granted Plaintiff's request for an extension of time to file objections to the R&R, giving him until July 26, 2024, to do so. [Doc. 50]; *see* [Doc. 49]. Because no party filed a timely objection, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding no error, the Court **ADOPTS** the magistrate judge's R&R [Doc. 13] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment [Doc. 44] as to Plaintiff's claims against Defendants Polite, J. Williams, Ball, and Turner. However, the Court **DENIES** Defendants' Motion for Summary Judgment [Doc. 44] as

2

to Plaintiff's claims against Defendants T. Williams, Horne, Douglas, and Watkins. The Court will schedule the remaining claims for trial in the immediate future.

**SO ORDERED**, this 8th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**